UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WYETH and GENETICS INSTITUTE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | Civil Action No. 03-CV-11570 MLW |

## DEFENDANT COLUMBIA UNIVERSITY'S NOTICE OF FILING OF MOTION WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407

On November 26, 2003, Defendant The Trustees of Columbia University in the City of New York ("Columbia") filed a motion with the Judicial Panel on Multidistrict Litigation ("the Panel") pursuant to 28 U.S.C. § 1407. The motion requests that the Panel transfer for consolidated pretrial proceedings the seven actions relating to the validity and enforceability of Columbia's United States Patent No. 6,455,275. Those cases are currently pending in the Northern District of California, the Central District of California, the District of Massachusetts, and the Southern District of New York. Columbia requests that the consolidated pretrial proceedings occur in the Northern District of California, before The Honorable Vaughn R. Walker.

Pursuant to J.P.M.L. Rule 5.12(c), Columbia hereby attaches as Exhibit A all documents filed with the Panel.

Respectfully submitted,

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

By its attorneys,

*SMcC*

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California, 90067-4276
(310) 277-1010
(310) 203-7199 (fax)

*Admitted pro hac vice*

Dated: November 26, 2003

## Certificate Of Service

I, Scott McConchie, hereby certify that on November 26, 2003, I caused a true copy of the foregoing **Notice Of Filing Of Motion With The Judicial Panel On Multidistrict Litigation To Transfer Pursuant To 28 U.S.C. § 1407** and the papers in the accompanying exhibit to be served on the following:

| BY HAND | BY OVERNIGHT MAIL |
|---|---|
| Paul D. Popeo, Esquire<br>Choate Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2804 | Leora Ben-Ami, Esquire<br>Clifford Chance US LLP<br>200 Park Avenue<br>New York, NY 10166-0153 |

/s/ SMcC

Scott McConchie